# KAHN OPTON, LLP

ATTORNEYS AT LAW

ONE PARKER PLAZA

FORT LEE, NEW JERSEY 07024

(201) 947-9200
TELECOPIER: (201) 944-4562

STEPHEN H. KAHN*
RICHARD A. KATZ*
RICHARD S. LAST*
STEPHEN R. FOREHT*
PETER LANDAU*

FRANK G. OPTON
(1906-1989)

* ADMITTED IN NEW JERSEY & NEW YORK
+ ADMITTED IN NEW YORK ONLY

NEW YORK OFFICE

228 EAST 45TH STREET
NEW YORK, NY 10017
(212) 986-8686

## ORDER ON ORAL MOTION

January 4, 2008

**VIA FACSIMILE 973-645-3841 (1 PAGES)**

Hon. Claire C. Cecchi
M.L. King Jr. Federal Building & Courthouse
50 Walnut Street
Newark, NJ 07102

**RE: Eisenstein v. Silver Fountain, Inc. d/b/a Valentino's of Park Ridge**
07-cv-2629

Dear Judge Cecchi:

This firm is counsel to Plaintiff in this Americans With Disabilities Act architectural barriers discrimination suit. I am writing to request that the Initial Scheduling telephone conference call scheduled for February 21 be adjourned. I have prior plans to be out of the country from February 19 through 22. Thank you for your consideration.

Respectfully,

Stephen H. Kahn

SO ORDERED
s/Claire C. Cecchi

SHK/er

Claire C. Cecchi, U.S.M.J.

cc: Craig Levinsohn, Esq. (via facsimile 201-487-7601)

Date: 1/7/08

The initial scheduling conference scheduled for February 21, 2008 is hereby adjourned to March 19, 2008 at 2:30 p.m. Plaintiff shall initiate the call.